IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHARLES AL-PINE, <br> (a/k/a Charle Alpine) <br> (a/k/a Charles Willie Alpine) <br> (a/k/a Charles Al-pine) <br> (TDCJ-CID #1422624) <br><br> Plaintiff, <br><br> vs. <br><br> WARDEN R. WATHEN, *et al.*, <br><br> Defendants. | § § § § § § § § § § § § § § | CIVIL ACTION H-14-3379 |

## ORDER OF DISMISSAL

For the reasons stated in this court's Memorandum on Dismissal, this civil action is dismissed without prejudice to refiling after payment of the entire $350.00 filing fee. The court must receive the payment within 30 days of this order.

SIGNED on November 26, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge